1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  DAVID T. WISSBROECKER (243867)
  EDWARD M. GERGOSIAN (105679)
3  655 West Broadway, Suite 1900
  San Diego, CA  92101
4  Telephone:  619/231-1058
  619/231-7423 (fax)
5  dwissbroecker@rgrdlaw.com
  egergosian@rgrdlaw.com
6

  Attorneys for Plaintiff
7

  [Additional counsel appear on signature page.]
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL HUSSEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:16-cv-02991-EMC |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] |
| vs. | ) ) | SCHEDULING ORDER |
| RUCKUS WIRELESS, INC., et al., | ) ) | |
| Defendants. | ) ) | |

1185297_2

1    WHEREAS, on September 9, 2016, the Court entered an Order Conditionally Granting

2   Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead

3   Counsel; and

4    WHEREAS, the Court and parties discussed a schedule for the filing of an amended

5   complaint and briefing of the defendants' anticipated motions to dismiss.

6    NOW, THEREFORE, IT IS HEREBY STIPULATED, that subject to the Court's approval,

7   the following schedule shall apply in this action:

8    1.    Lead Plaintiff's Amended Complaint shall be filed on or before October 24, 2016;

9    2.    Defendants' motions to dismiss and/or other motions in response to the Amended

10   Complaint (collectively, "Motions to Dismiss") shall be filed on or before December 8, 2016;

11    3.    Lead Plaintiff's opposition papers in response to Defendants' Motions to Dismiss

12   shall be filed on or before December 29, 2016;

13    4.    Defendants' reply papers in support of their Motions to Dismiss shall be filed on or

14   before January 12, 2017; and

15    5.    As previously ordered, a hearing on Defendants' Motions to Dismiss and Case

16   Management Conference shall be held on January 26, 2017, at 1:30 p.m.

17   Dated: September 14, 2016                   ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
18                                               DAVID T. WISSBROECKER
                                                 EDWARD M. GERGOSIAN
19

20                                                  s/ David T. Wissbroecker
                                                 DAVID T. WISSBROECKER
21
                                                 655 West Broadway, Suite 1900
22                                               San Diego, CA  92101
                                                 Telephone:  619/231-1058
23                                               619/231-7423 (fax)

24                                               *Attorneys for Plaintiff Miguel Hussey and
                                                 Proposed Lead Plaintiff City of Pontiac General
25                                               Employees' Retirement System*

26

27

28

1

Dated:  September 14, 2016

MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN

2

3

s/ Joseph E. Floren
JOSEPH E. FLOREN

4

5

One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  415/442-1391
415/442-1001 (fax)

6

7

8

*Attorneys for Defendants Brocade
Communications Systems, Inc. and Ruckus
Wireless, Inc.*

9

Dated:  September 14, 2016

SULLIVAN & CROMWELL LLP
LAURA KABLER OSWELL

10

11

s/ Laura Kabler Oswell
LAURA KABLER OSWELL

12

13

1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:  650/461-5600
650/461-5746 (fax)

14

15

*Attorneys for Defendants Selina Y. Lo, Gaurav
Garg, Mohan Gyani, Georges Antoun, Richard
Lynch, Stewart Grierson and Barton Burstein*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Certificate Pursuant to Local Rule 5-1(i)(3)**

2          I, David T. Wissbroecker, am the ECF User whose identification and password are being

3    used to file the Stipulation and [Proposed] Scheduling Order.  In compliance with Local Rule 5-

4    1(i)(3), I hereby attest that Joseph E. Floren and Laura Kabler Oswell have concurred in this filing.

5          Dated:  September 14, 2016

6                                                           s/ David T. Wissbroecker
                                                          DAVID T. WISSBROECKER
7

8                                         *          *          *

9                                          **O R D E R**

10          IT IS SO ORDERED.

11

12    DATED:   09/14/2016



      UNITED                              JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28