ROBBINS GELLER RUDMAN & DOWD LLP
DAVID T. WISSBROECKER (243867)
EDWARD M. GERGOSIAN (105679)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com
Lead Counsel for Plaintiff
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL HUSSEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RUCKUS WIRELESS, INC., et al.,<br><br>Defendants. | Case No.: 3:16-cv-02991-EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |

1  Lead Plaintiff City of Pontiac General Employees' Retirement System ("Lead Plaintiff") and Defendants Brocade Communications Systems, Inc. ("Brocade"), Ruckus Wireless, Inc. ("Ruckus"), Selina Y. Lo, Seamus Hennessy, Gaurav Garg, Mohan Gyani, Georges Antoun, Richard Lynch, Stewart Grierson, and Barton Burstein (the "Individual Defendants" and, together with Ruckus and Brocade, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, as follows:

WHEREAS, this is a putative securities class action, subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), on behalf of former shareholders of Ruckus, in which Lead Plaintiff challenges numerous aspects of the disclosures, process, solicitations, and agreements culminating in the Merger by which Ruckus (previously an independent public company) became a subsidiary of Brocade in May 2016,

WHEREAS, on October 24, 2016, Lead Plaintiff filed its Amended Complaint for Violations of §§ 14 and 20(a) of the Securities Exchange Act of 1934 and for Breach of Fiduciary Duties (the "Amended Complaint," Dkt. No. 39);

WHEREAS, on December 8, 2016, Defendants filed a consolidated motion to dismiss the Amended Complaint (the "Motion to Dismiss");

WHEREAS, Lead Plaintiff's current deadline to respond to the Motion to Dismiss is December 29, 2016, Defendants' deadline to file reply papers is January 12, 2017, and a hearing on the Motion to Dismiss and a Case Management Conference are currently scheduled for January 26, 2017 at 1:30 p.m.;

WHEREAS, in light of the holidays and the personal schedules of certain attorneys involved in the litigation, Lead Plaintiff and Defendants have agreed to a brief extension of the briefing schedule and adjournment of the hearing and Case Management Conference, subject to the Court's approval.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, subject to Court approval, as follows:

1218397_1                           2

1. Lead Plaintiff's opposition papers in response to Defendants' Motion to Dismiss shall be filed on or before January 5, 2017;

2. Defendants' reply papers in further support of their Motion to Dismiss shall be filed on or before January 26, 2017;

3. A hearing on Defendants' Motion to Dismiss and Case Management Conference shall be held on February 9, 2017 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: December 21, 2016

Respectfully submitted,
MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Joseph E. Floren*
    Joseph E. Floren

*Attorneys for Defendants*
BROCADE COMMUNICATIONS SYSTEMS, INC. and RUCKUS WIRELESS, INC.

Dated: December 21, 2016

SULLIVAN & CROMWELL LLP

By: s/ *Laura Kabler Oswell*
    Laura Kabler Oswell

*Attorneys for Defendants*
BROCADE COMMUNICATIONS SYSTEMS, INC. and RUCKUS WIRELESS, INC.

Dated: December 21, 2016

ROBBINS GELLER RUDMAN & DOWD LLP

By: *s/ David T. Wissbroecker*
    David T. Wissbroecker

*Attorneys for Lead Plaintiff*
CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM

**CERTIFICATE OF CONCURRENCE IN FILING (Civ. L.R. 5-1(i)(3))**

  I, David T. Wissbroecker, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that Joseph E. Floren and Laura Kabler Oswell have concurred in this filing.

Dated: December 21, 2016

                *s/ David T. Wissbroecker*
                DAVID T. WISSBROECKER

# **O R D E R**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS:**

1. Lead Plaintiff's opposition papers in response to Defendants' Motion to Dismiss shall be filed on or before January 5, 2017;

2. Defendants' reply papers in further support of their Motion to Dismiss shall be filed on or before January 26, 2017;

3. A hearing on Defendants' Motion to Dismiss and Case Management Conference shall be held on February ~~9~~ 16, 2017 at 1:30 p.m.

Dated: December 22, 2016



_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1218397_1

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2016.

*s/ David T. Wissbroecker*

DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dwissbroecker@rgrdlaw.com

1218397_1

1

STIP. AND PROPOSED ORDER RE MTD
BRIEFING 3:16-CV-02991-EMC

**Mailing Information for a Case 3:16-cv-02991-EMC Hussey v. Ruckus Wireless, Inc. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Michael Benedicto**
  kevin.benedicto@morganlewis.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,apurdy@morganlewis.com,rluke@morganlewis.com

- **Edward M. Gergosian**
  ed@gergosian.com,johanna@gergosian.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,scotth@johnsonandweaver.com,michaelf@johnsonandweaver.com,ceciliar@johnsonandweaver.con

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`