ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (150796)
A. RICK ATWOOD, JR. (156529)
DAVID T. WISSBROECKER (243867)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HUSSEY, Individually and on Behalf of All Others Similarly Situated,        )<br>        )<br>        )<br>Plaintiff,        )<br>        )<br>vs.        )<br>        )<br>RUCKUS WIRELESS, INC., et al.,        )<br>        )<br>Defendants.        )<br>        ) | Case No. 3:16-cv-02991-EMC<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER |

1246207_2

1  WHEREAS, on February 21, 2017, the Court entered an Order dismissing Lead Plaintiff's §14(e) and §20(a) claims without prejudice, deferring ruling on Lead Plaintiff's fiduciary duty claims (the "Order");

WHEREAS, the Order directed Lead Plaintiff to file an amended complaint by March 20, 2017, and for Defendants to file a response by April 20, 2017, and the Court had previously scheduled a hearing on Defendants' anticipated motions to dismiss ("Motion") and further Case Management Conference for May 25, 2017;

WHEREAS, one of Lead Plaintiff's attorneys had a personal matter arise a few days prior to the due date for Lead Plaintiff's amended complaint that has caused significant delays in drafting the amended complaint, and Lead Plaintiff now requires additional time to complete drafting of the amended complaint; and

WHEREAS, the parties have also agreed to the briefing schedule provided below for the Motion and request that the hearing date be reset as provided below in order to ensure completion of briefing at least two weeks before the hearing.

NOW, THEREFORE, IT IS HEREBY STIPULATED, that subject to the Court's approval, the following schedule shall apply in this action:

1. Lead Plaintiff's amended complaint shall be filed on or before March 27, 2017;

2. Defendants' Motion or other response to the amended complaint shall be filed on or before April 27, 2017;

3. Lead Plaintiff's opposition to the Motion shall be filed on or before May 11, 2017, and Defendants' reply shall be filed on or before May 25, 2017; and

The hearing on the Motion and Case Management Conference shall be held on June 15, 2017, at 1:30 p.m., or as soon thereafter as the parties may be heard.

DATED: March 20, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER

s/ David T. Wissbroecker
DAVID T. WISSBROECKER

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
Telephone:  248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

DATED:  March 20, 2017

MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN

s/ Joseph E. Floren
JOSEPH E. FLOREN

One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  415/442-1391
415/442-1001 (fax)

Attorneys for Defendants Brocade Communications Systems, Inc. and Ruckus Wireless, Inc.

DATED:  March 20, 2017

SULLIVAN & CROMWELL LLP
LAURA KABLER OSWELL

s/ Laura Kabler Oswell
LAURA KABLER OSWELL

1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:  650/461-5600
650/461-5746 (fax)

Attorneys for Defendants Selina Y. Lo, Gaurav Garg, Mohan Gyani, Georges Antoun, Richard Lynch, Stewart Grierson and Barton Burstein

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, David T. Wissbroecker, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Scheduling Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Joseph E. Floren and Laura Kabler Oswell have concurred in this filing.

Dated:  March 20, 2017

s/ David T. Wissbroecker<br/>DAVID T. WISSBROECKER

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED:  3/21/17   _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



1  CERTIFICATE OF SERVICE

2  I hereby certify that on March 20, 2017, I authorized the electronic filing of the foregoing
3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
4  the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I
5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-
6  CM/ECF participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed on March 20, 2017.

      s/ David T. Wissbroecker
      DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: DWissbroecker@rgrdlaw.com

1246207_2

## Mailing Information for a Case 3:16-cv-02991-EMC Hussey v. Ruckus Wireless, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Michael Benedicto**
  kevin.benedicto@morganlewis.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,apurdy@morganlewis.com,rluke@morganlewis.com

- **Edward M. Gergosian**
  ed@gergosian.com,johanna@gergosian.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,scotth@johnsonandweaver.com,michaelf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com,spatel@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)