ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (150796)
A. RICK ATWOOD, JR. (156529)
DAVID T. WISSBROECKER (243867)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HUSSEY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>RUCKUS WIRELESS, INC., et al.,<br><br>    Defendants. | ) Case No. 3:16-cv-02991-EMC<br>)<br>) <u>CLASS ACTION</u><br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>)<br>)<br>)<br>)<br>) |

1269279_1

1     WHEREAS, on March 21, 2017, the Court granted a Scheduling Order (Dkt. No. 65) setting the hearing for Defendants' motions to dismiss and a Case Management Conference for June 15, 2017, at 1:30 p.m. (the "Hearing");

    WHEREAS, in light of a scheduling conflict, on May 19, 2017, the parties contacted the Court staff to determine whether the Court could move the Hearing to the morning of June 15, 2017; and

    WHEREAS, on May 22, 2017, the Court staff indicated that it is available at 11:15 a.m. on June 15, 2017.

    SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED:

    The Hearing shall be moved to and take place on June 15, 2017, at 11:15 a.m.

DATED: May 25, 2017

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER

    s/ David T. Wissbroecker
DAVID T. WISSBROECKER

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

DATED: May 25, 2017

MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN

    s/ Joseph E. Floren
JOSEPH E. FLOREN

| | |
|---|---|
| | One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415/442-1391<br>415/442-1001 (fax)<br><br>Attorneys for Defendants Brocade<br>Communications Systems, Inc. and Ruckus<br>Wireless, Inc. |
| DATED: May 25, 2017 | SULLIVAN & CROMWELL LLP<br>LAURA KABLER OSWELL<br><br><br>         s/ Laura Kabler Oswell         <br>LAURA KABLER OSWELL<br><br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650/461-5600<br>650/461-5746 (fax)<br><br>Attorneys for Defendants Selina Y. Lo, Gaurav Garg, Mohan Gyani, Georges Antoun, Richard Lynch, Stewart Grierson and Barton Burstein |
| DATED: May 25, 2017 | DLA PIPER LLP<br>DAVID PRIEBE<br>ISABELLE L. ORD<br><br><br>         s/ David Priebe         <br>DAVID PRIEBE<br><br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Telephone: 415/836-2500<br>415/836-2501(fax)<br><br>Attorneys for Morgan Stanley & Co. LLC |

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, David T. Wissbroecker, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Scheduling Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that Joseph E. Floren, Laura Kabler Oswell and David Priebe have concurred in this filing.

Dated: May 25, 2017

s/ David T. Wissbroecker<br/>DAVID T. WISSBROECKER

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____May 26, 2017_____  _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 25, 2017.

          s/ David T. Wissbroecker
          DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dwissbroecker@rgrdlaw.com

## Mailing Information for a Case 3:16-cv-02991-EMC Hussey v. Ruckus Wireless, Inc. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeanette Eva Thurber Barzelay**
  jeanette.barzelay@dlapiper.com

- **Kevin Michael Benedicto**
  kevin.benedicto@morganlewis.com

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,apurdy@morganlewis.com,rluke@morganlewis.com

- **Edward M. Gergosian**
  ed@gergosian.com,johanna@gergosian.com

- **William Scott Holleman**
  ScottH@johnsonandweaver.com,paralegal@johnsonandweaver.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,scotth@johnsonandweaver.com,michaelf@johnsonandweaver.com,ceciliar@johnsonandweaver.con

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Isabelle Louise Ord**
  isabelle.ord@dlapiper.com,carol.romo@dlapiper.com,isabelle-ord-7771@ecf.pacerpro.com,5902@ecf.pacerpro.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,carmen.manzano@dlapiper.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com,spatel@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`