UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HUSSEY, et al.,<br><br>    Plaintiffs.<br><br>  v.<br><br>RUCKUS WIRELESS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-02991-EMC<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **( X ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Dated: June 29, 2017

    Susan Y. Soong, Clerk
    By: Leni Doyle-Hickman
        Deputy Clerk